**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AHARON ROCHMAN, individually and on behalf of
all others similarly situated,

               Plaintiff,

               -against-

STEPHEN EINSTEIN & ASSOCIATES, P.C.,

               Defendant.

Case No: 1:21-cv-00099-JPO

**ORDER**

**UPON** due consideration of the parties' joint motion to dismiss, it is hereby

**ORDERED** that this case be dismissed without prejudice pursuant Fed. R. Civ. Pro. 12(b)(1), with each party to bear its respective attorneys' fees and costs.

The Clerk is directed to terminate the motion at ECF No. 29 and to close this case.

Dated:  October 18, 2022

                                  J. PAUL OETKEN
                             United States District Judge